UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

MICHAEL HENRY                                                        CIVIL ACTION

VERSUS                                                               NO. 10-4667

UNITED STATES OF AMERICA,                                            SECTION "N"
INTERNAL REVENUE SERVICE

## ORDER AND REASONS

In its September 21, 2011 Order and Reasons (Rec. Doc. 26; emphasis in original), the Court stated, in pertinent part:

> Additionally, this Court has previously advised Plaintiff that it <u>strongly</u> condemns the inappropriate, irrelevant, malicious, and insulting comments regarding Government counsel and others that have been repeated in many of Plaintiff's prior submissions to this Court, and warned Plaintiff against such conduct. *See* March 29, 2010 Order (No. 02-968, Rec. Doc. 381, p. 4 of 6); June 21, 2010 Order and Reasons, (No. 02-968, Rec. Doc. 395, p. 11 of 11). Nevertheless, Plaintiff, in the memorandum that he submitted in response to the Government's motion, has again used inappropriate, malicious, and insulting language in referring to Government counsel.[] *See* Rec. Doc. 10, pp. 8, 10 of 13. Such language likewise is prohibited by Rule 11 of the Federal Rules of Civil Procedure, and cannot be tolerated. Accordingly, **IT IS FURTHER ORDERED** that, within fifteen (15) days of the entry of this Order and Reasons, Plaintiff must explain, <u>in writing</u>, why a monetary sanction of $1500.00 should not be imposed against him for this conduct.
>
> Lastly, as previously stated in the Court's March 29, 2010 Order (No. 02-968, Rec. Doc. 381, p. 4 of 6), June 21, 2010 Order and Reasons (No. 02-968, Rec. Doc. 395, p. 11 of 11), and April 12, 2011 Order (Rec. Doc. 21), **IT IS FINALLY ORDERED** that Plaintiff shall not file any additional motions in this action, <u>or otherwise submit a complaint urging relief in this court,</u> without first seeking leave of court to do so <u>and</u> certifying, <u>in writing</u>, that the

>proposed submission is not repetitive or duplicative <u>and</u> does not contain any inappropriate, irrelevant, malicious, and/or insulting comments.  Failure to comply with this order may result in filings being stricken from the record and/or the imposition of significant financial and/or other sanctions, including payment of excess costs, expenses, and any attorney's fees under 28 U.S.C. §1927.

On September 30, 2011, Plaintiff filed a notice of appeal (Rec. Doc. 27) relative to the September 21, 2011 Order and Reasons (Rec. Doc. 26).  Thereafter, on October 3, 2011, Plaintiff submitted the document attached hereto as Exhibit "A", purportedly in response to the Court's above-referenced directive in its September 21, 2011 Order and Reasons.  Other than including a reference to the Court's order in its first paragraph, however, Plaintiff's October 3, 2011 submission is not responsive.  Significantly, rather than attempting to explain why his conduct does not warrant a monetary sanction of $1500.00, as instructed, Plaintiff simply continues his ongoing diatribe and, in doing so, further abuses the judicial process and wastes the Court's limited resources.

Given the foregoing, **IT IS ORDERED** that Plaintiff must pay a sanction of $1,500.00 within fifteen (15) days of entry of this Order and Reasons.  The sanction shall be made payable to Clerk of Court, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana  70130.  **IT IS FURTHER ORDERED** that, unless expressly allowed by the Court, on good cause shown,  Plaintiff is **BARRED** from filing any documents into the district court record of this action, except a notice of appeal relative to this Order and Reasons only, or otherwise submitting any complaint urging relief in this court, or any other pleading or motion of any sort, until this sanction is paid in full.  And, finally, even if Plaintiff pays the sanction, as ordered, in a timely fashion, the Court, as it has on numerous occasions, instructs that Plaintiff shall not thereafter file any additional motions in this action, or otherwise submit a complaint urging relief in this court, or any other pleading of any sort, without first seeking leave

of court to do so  <u>and</u> certifying, <u>in writing</u>, that the proposed submission is not repetitive or duplicative <u>and</u> does not contain any inappropriate, irrelevant, malicious, and/or insulting comments. Failure to comply with this order may result in filings being stricken from the record and/or the imposition of significant financial and/or other sanctions, including payment of excess costs, expenses, and any attorney's fees under 28 U.S.C. §1927.

    New Orleans, Louisiana, this 25th day of October 2011.

                                            **KURT D. ENGELHARDT**
                                            **UNITED STATES DISTRICT JUDGE**